UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LAURA WOOD,

    Plaintiff,

v.                              Case No.   3:17-cv-577-J-34JBT

CASHCALL, INC.,

    Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal With Prejudice (Dkt. No. 44; Stipulation) filed on March 1, 2018. In the Stipulation, the parties request dismissal of this matter with prejudice. <u>See</u> Stipulation at 1. Accordingly, it is hereby

    **ORDERED:**

    1.    This case is **DISMISSED with prejudice**.

    2.    Each party shall bear their own attorney's fees, costs and expenses.

    3.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 2nd day of March, 2018.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record